JAP:UAD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M11-450

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

COURTNEY EGERTON GREEN,
    also known as "T"
    and "Jukaman,"

               Defendant.

- - - - - - - - - - - - - - - - -X

COMPLAINT

(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

        TODD SABINO, being duly sworn, deposes and states that he is an Enforcement Officer with United States Customs and Border Protection ("CBP"), duly appointed according to law and acting as such.

        On or about May 1, 2011, within the Eastern District of New York, the defendant COURTNEY EGERTON GREEN, also known as "T" and "Jukaman," being an alien who had previously been arrested and convicted of an aggravated felony, to wit: Distribution and Possession with Intent to Distribute Marijuana, in violation of Title 18, United States Code, Section 841(a)(1) and 841(b)(1)(D), and Possession of a Firearm by a Felon, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2), and was thereafter deported from the United States, and who had not made a re-application for admission to the United States to which the Secretary of the Department of Homeland Security, successor to

the Attorney General, had expressly consented, attempted to enter the United States.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2))

The source of your deponent's information and the grounds for his belief are as follows:[1/]

1. I am a Enforcement Officer with CBP and have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the defendant's alien file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On or about May 1, 2011, the defendant COURTNEY EGERTON GREEN, also known as "T" and "Jukaman," arrived at JFK International Airport aboard Jet Blue Airlines flight number 868 from Kingston, Jamaica. At primary inspection, GREEN presented a United States passport bearing his photograph and the name Frederico Marcio Williams. A CBP officer found that there was a "lookout" for this passenger so that CBP could verify the

---

[1/] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware.

2

passenger's identity and citizenship. GREEN was referred to secondary inspection.

3. At secondary inspection, the defendant was fingerprinted. A computer comparison of the fingerprints matched those for a previously deported alien, named COURTNEY GREEN. A computer comparison of the fingerprints also matched the criminal history of an individual named COURTNEY EGERTON GREEN, also known as "T" and "Jukaman."

4. A review of New York criminal history records revealed that, on or about July 9, 1999, GREEN was convicted under the name COURTNEY EGERTON GREEN, also known as "T" and "Jukaman," in United States District Court for the Western District of New York for Distribution and Possession with Intent to Distribute Marijuana, in violation of Title 18, United States Code, Section 841(a)(1) and 841(b)(1)(D), an aggravated felony offense, and Possession of a Firearm by a Felon, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

5. I have reviewed official immigration records, which reflect that on or about September 28, 2000, GREEN was excluded and deported from the United States to his home country of Jamaica pursuant to an Order of Removal dated December 15, 1999.

6. A search of CBP records has revealed that there exists no request by the defendant for permission from either the

United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

WHEREFORE, your deponent respectfully requests that the defendant, COURTNEY EGERTON GREEN, also known as "T" and "Jukaman," be dealt with according to law.

                                          _____
                                          TODD SARINO
                                          ENFORCEMENT AGENT
                                          CBP

Sworn to before me this
2nd day of May, 2011

_____

4